608 A.2d 495

**Claudia HILL and Raymond Roberts and Other Interested Landowners, Cross Petitioners,**

v.

**ZONING HEARING BOARD OF CHESTNUT HILL TWP. and West End Mining and Processing Co., Inc.**

**Petition of WEST END MINING & PROCESSING CO., INC.**

**No. 45 M.D. Allocatur Dk. 1992.**

Supreme Court of Pennsylvania.

June 29, 1992.

William S. Huganir, Lenard L. Wolffe, Paoli, for West End Min. and Processing Co., Inc.

John Molnar, John R. Hill, Bangor, for Hill et al.

## ORDER

PER CURIAM:

AND NOW, this 29th day of June, 1992, the orders dated June 16, 1992 are hereby vacated and the Petition for Allowance of Appeal and Cross Petition are granted.